IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-518-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY, et al., )
)
Plaintiffs, )
)
v. ) **ORDER**
)
AUGUSTA ASSET MANAGEMENT, LLC, )
et al., )
)
Defendants. )

The court has reviewed the record and the governing law. After considering plaintiffs' motion to consolidate [D.E. 23], the motion is DENIED as meritless. Likewise, the motions to dismiss [D.E. 16, 18] are DENIED as meritless.

SO ORDERED. This 20 day of July 2021.

JAMES C. DEVER III
United States District Judge