IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-518-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY; BANKERS )
LIFE INSURANCE COMPANY; and )
SOUTHLAND NATIONAL )
INSURANCE CORPORATION, )
)
    Plaintiffs, )
) **ORDER GRANTING CONSENT MOTION**
v. ) **TO STAY DISPOSITIVE MOTIONS**
) **DEADLINE**
AUGUSTA ASSET MANAGEMENT, )
LLC; NEW ENGLAND CAPITAL, )
LLC; AAM HOLDINGS I, LLC; and )
ITECH FUNDING, LLC, )
)
    Defendants. )

The Court has considered the Plaintiffs' Consent Motion to Stay the Dispositive Motions Deadline, and for good cause shown,

IT IS HEREBY ORDERED THAT the Consent Motion to Stay the Dispositive Motions Deadline is GRANTED. The deadline for the Parties to file potentially dispositive motions is hereby stayed until after such time as the Court rules on Plaintiffs' anticipated motion for leave to amend the Complaint ("Motion to Amend"), with that deadline to be set after the Court's ruling on that Motion to Amend. Additionally, the Court approves the parties' proposed briefing schedule for the Motion to Amend, so that Plaintiffs shall file their Motion to Amend by December 15, 2022, Defendants shall file any response in opposition by February 15, 2023, and Plaintiffs shall file any reply to matters initially raised in the response by March 8, 2023.

So Ordered this 19 day of October, 2022.

                                                    James C. Dever III
                                                  United States District Judge